

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

**Redacted for Public View**

July 2, 2018

**VIA ECF**

Honorable William H. Walls, U.S.D.J.
United States District Court
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

  Re: *Allergan Sales LLC v. Sandoz, Inc. et al.*
    *Civil Action No. 17-10129 (WHW) (CLW)*

Dear Judge Walls:

  Together with Kirkland & Ellis LLP, this firm represents Defendants (herein "Sandoz") in the above-captioned matter.



  We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/Eric Abraham
            ERIC I. ABRAHAM

cc: Counsel of Record via ECF