**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ALLERGAN SALES, LLC and ALLERGAN, INC., <br><br> Plaintiffs, <br> v. <br><br> SANDOZ, INC., and ALCON LABORATORIES, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-10129-WHW-CLW |

**SUPPLEMENT TO INVALIDITY CONTENTIONS PURSUANT TO**

**LOCAL P.R. 3.3**

**ON BEHALF OF DEFENDANTS**

Defendants hereby supplement their March 16, 2018 invalidity contentions as follows:

The specification describes only one formulation--Combigan. The Federal Circuit, however, stated that that formulation was merely "exemplary," thus the claims cover other formulations in addition to the Combigan formulation. *Allergan Sales, LLC v. Sandoz, Inc.*, 935 F.3d 1370, 1372 (Fed. Cir. 2019). To the extent the asserted claims cover any formulation besides Combigan (or Defendants' proposed generic version of Combigan), the specification does not disclose what those formulations are, how to make them, or that the inventors of the asserted claims possessed them. The asserted claims are thus invalid for lack of written description and/or enablement. *See, e.g.*, *AbbVie Deutschland GmbH & Co., KG v. Janssen Biotech, Inc.*, 759 F.3d 1285 (Fed. Cir. 2014).

Dated: December 23, 2018              Respectfully submitted,

            **HILL WALLACK LLP**

            By: /s/ Eric Abraham
            Eric I. Abraham (eabraham@hillwallack.com)
            21 Roszel Road
            Princeton, NJ 08540
            (609) 924-0808 (telephone)

            **KIRKLAND & ELLIS LLP**

            Bryan Hales (*pro hac vice*)
            Illinois Bar No. 6243060
            bhales@kirkland.com
            Kyle M. Kantarek (*pro hac vice*)
            Illinois Bar No. 6320889
            kyle.kantarek@kirkland.com
            KIRKLAND & ELLIS LLP
            300 North LaSalle
            Chicago, IL 60654
            Telephone: (312) 862 2119
            Facsimile: (312) 862 2200

            Sean M. McEldowney (*pro hac vice*)
            smceldowney@kirkland.com
            KIRKLAND & ELLIS LLP
            655 Fifteenth Street, N.W.
            Washington, D.C. 20005 5793
            Telephone: (202) 879 5000
            Facsimile: (202) 879 5200

            *ATTORNEYS FOR DEFENDANTS /*
            *COUNTER PLAINTIFFS*