Allergan
v.
Sandoz

17-10129 (CCC)(CLW)

Scheduling Order

| Event | Proposed Date |
|---|---|
| Sandoz updates Local Patent Rule contentions | December 22, 2019 |
| Allergan updates Local Patent Rule contentions | January 22, 2020 |
| Deadline to serve written discovery requests | February 15, 2020 |
| Fact discovery deadline | May 1, 2020 |
| Opening expert reports | June 30, 2020 |
| Rebuttal expert reports | July 1, 2020 |
| Expert discovery deadline | August 1, 2020 |
| Pre-trial conference | Q1 2021, date TBD by Court |
| Trial | Q2 2021, date TBD by Court |

All discovery shall move forward in accordance w/ the schedule.

SO ORDERED

s/Cathy L. Waldor
Cathy L. Waldor, U.S.M.J.
Date: 1/8/20