

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6358

September 10, 2020

<u>VIA ECF</u>

Honorable Mark Falk, U.S.M.J.
United States District Court
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

    Re:  <u>**Allergan Sales LLC v. Sandoz, Inc. et al.**</u>
          *Civil Action No. 17-10129 (CMC) (CLW)*

Dear Judge Falk:

    This firm, together with Schiff Hardin LLC, represent Defendants, Sandoz, Inc. and Alcon Laboratories, Inc. ("Sandoz") in the above-captioned matter.  As the Court is aware, new counsel have entered appearances in the case on behalf of all parties.  Counsel have been conferring with each other to reach an agreed-upon set of modifications to the existing schedule, and to clarify our understanding with respect to expert reporting.  On behalf of both Allergan Plaintiffs and Sandoz, we respectfully submit the following agreed-upon scheduling modifications for the Court's consideration.

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening expert reports | September 16, 2020 | October 16, 2020 |
| Rebuttal expert reports | October 29, 2020 | December 23, 2020 |
| Reply expert reports | November 19, 2020 | January 22, 2021 |
| Expert discovery deadline | December 18, 2020 | February 22, 2021 |
| Pre-trial conference | Q1 2021, date TBD by Court | Q2 2021, date TBD by Court |
| Trial | Q2 2021, date TBD by Court | Q2-Q3 2021, date TBD by Court |

    The parties are still discussing additional fact discovery requested by Sandoz, and will follow up with another letter if that issue is not promptly resolved.  With respect to the expert reports, the parties

HILL WALLACK LLP
ATTORNEYS AT LAW

Page 2

have met and conferred with respect to their respective burdens and the anticipated content of the opening expert reports. Plaintiffs will address secondary considerations in rebuttal expert reports, and Sandoz will respond to Plaintiffs' secondary considerations in reply expert reports. The parties reserve for trial the determination of the order of presentation of validity and secondary considerations proofs.

      Should these scheduling adjustments meet with Your Honor's approval, we respectfully request that the Court "So Order" this letter. We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/ Eric I. Abraham
      ERIC I. ABRAHAM

cc:    Counsel of Record via ECF

It is SO ORDERED.

_____
Hon. Mark Falk, Chief U.S.M.J.    9/11/20

{08179296; 1}