

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

February 22, 2021

**VIA ECF**
Honorable Mark Falk, U.S.M.J.
United States District Court
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

     Re:    *Allergan Sales LLC v. Sandoz, Inc. et al.*
             **Civil Action No. 17-10129**

Dear Judge Falk:

    This firm, together with Schiff Harden, LLP, represents Defendants Sandoz Inc. and Alcon Laboratories (collectively, "Sandoz") in the above-captioned matter. We write to inform the Court that the parties have agreed to conduct the deposition of Sandoz's expert, Dr. Mansoor Khan on March 4, 2021 – after the February 22 expert discovery deadline – due to an unforeseen injury to Dr. Khan. The parties have agreed that the expert discovery deadline shall otherwise remain unchanged.

    Should this scheduling adjustment meet with Your Honor's approval, we respectfully request that the Court "So Order" this letter. We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          */s/ Eric I Abraham*
                                          ERIC I. ABRAHAM

Cc: Counsel of Record via ECF

It is SO ORDERED.

*/s/ Mark Falk*                         2/23/21
Hon. Mark Falk, Chief U.S.M.J.