# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

DENNIS M. CAVANAUGH
Direct dial: (973) 425-8838
dcavanaugh@mdmc-law.com

June 11, 2021

**Via ECF**
All Counsel of Record

      RE:    *Allergan Sales, LLC v. Sandoz, Inc. et al., Civil No. 17-10129*
              **Mediation Schedule**

Dear Counsel:

    Please allow this will confirm what occurred during our telephone conference call today. A response to the pending settlement proposal will be made within 30 days. Pre-mediation statements and/or relevant documentation in support of the statements will be submitted to me on or before August 16, 2021. Submissions may be confidential for "Mediator Only" or shared among counsel.

    The Mediation session is scheduled for September 9, 2021, with the understanding it may carry over into a second day. While we did not discuss a second day or beyond, I will not schedule anything for September 10, 2021, and be available if need be. The Mediation will be held at the Walsh Firm's offices in Newark at 10 am.

    Feel free to contact me if any problems arise. I look forward to working with you in this matter and will do my best to assist in a resolution.

Very truly yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*/s/ Dennis M. Cavanaugh*

Dennis M. Cavanaugh, U.S.D.J. (Ret.)