Eric I. Abraham (eabraham@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808
Telecopier: (609) 452-1888
*Attorney for Defendants Sandoz, Inc. and Alcon Laboratories*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALLERGAN SALES, LLC,** *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>**SANDOZ, INC.,** *et al.*,<br><br>**Defendants.** | Civil Action No.<br>17-cv-10129 (CCC)(ESK)<br><br>**STIPULATION AND ORDER** |

**THIS MATTER** having been opened to the Court by Defendants, Sandoz, Inc. and Alcon Laboratories, L.L.C. (collectively "Sandoz") by and through their counsel Hill Wallack, L.L.P., for an Order dismissing Alcon Laboratories, L.L.C. ("Alcon Labs"), as a defendant because of its merger with and into Alcon Vision, L.L.C. ("Alcon Vision"), and Alcon Labs having transferred all of its rights and obligations to Alcon Vision; and Alcon Vision having substituted as to all rights and obligations of, and judgments for and against, Alcon Labs in this action, and Plaintiffs, Allergan Sales, L.L.C. and Allergan, Inc., having consented to this stipulation; and the Court finding that substitution is appropriate under Federal Rule of Civil Procedure 25; and for good cause shown:

**IT IS** on this __14__ day of __January__, 2022;

**ORDERED** that Alcon Vision is substituted into this action as a defendant, and further substituted as to and hereby assumes all rights and obligations of, and judgments for and against,

Alcon Labs, and it is further

**ORDERED** that the Clerk is directed to amend the case name in the ECF system in this action to reflect that substitution.

_____
Hon. Claire C. Cecchi, U.S.D.J.